**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

**JOSE ERICK PEREZ-MEDINA,**

*Petitioner*,

v. Case No. 2:26-cv-3596-BCL-cgc

**CHRISTOPHER BULLOCK,**
Director of the New Orleans Field
Office of U.S. Immigration and Customs
Enforcement,

*Respondent*.

---

**ORDER DIRECTING SERVICE AND RESPONSE**

---

Petitioner is a noncitizen who has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 by which he seeks release from immigration detention or a bond hearing. Doc. 1.

As to the Petition, the Clerk of Court **SHALL** send a copy of this Petition to counsel for the Respondent at jason.martin3@usdoj.gov and file a Notice stating when that is done. Electronic service on the United States Attorney for the Western District of Tennessee is *not* a substitute for the requirements of formal service but is instead intended only to provide the Respondent notice and an opportunity to be heard given the potentially expedited nature of these proceedings. Respondent is **ORDERED** to file a response addressing these arguments and filings by November 26, 2026. Petitioner may file a reply within **three (3)** days of service of the response.

**IT IS SO ORDERED**, this 23rd day of November, 2026.

s/ *Brian C. Lea*
BRIAN C. LEA
UNITED STATES DISTRICT JUDGE